IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                        No. 2:12-cv-1542 JAM KJN PS

       v.

PIERRE TONY CHAHOUD et al.,

        Defendants.               <u>ORDER AND ORDER TO SHOW CAUSE</u>

        Plaintiff Scott Johnson commenced this action asserting claims under the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq. and state law on June 7, 2012. (Dkt. No. 1.) After defendants Pierre Tony Chahoud and Frank Guinta, Jr. appeared without counsel, the action was referred to the undersigned pursuant to Local Rule 302(c)(21) on October 1, 2012. (Dkt. No. 9.) That same day, the undersigned issued an order setting a status conference for March 7, 2013, and requiring the parties to file status reports addressing specified topics not later than seven (7) days prior to the status conference, i.e. by February 28, 2013. (Dkt. No. 10.) Although that deadline has now passed, no party has yet filed a status report in accordance with the court's order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The March 7, 2013 status conference is VACATED and CONTINUED until

1

April 25, 2013.

2. No later than April 18, 2013, the parties shall file status reports, preferably a joint status report, addressing the specific topics outlined in the court's previous October 1, 2012 order setting status conference. (See Dkt. No. 10.)

3. No later than April 18, 2013, each party shall also file a statement showing cause why sanctions should not be imposed for its failure to file a status report in accordance with the court's order. The parties may file a joint response to the order to show cause, if appropriate.

4. Failure to timely file a status report and/or a response to this order to show cause may result in more severe sanctions, including a potential recommendation that this case be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure or other appropriate sanctions.

IT IS SO ORDERED.

DATE: March 1, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2